MATTHEW W. HOFFMANN, ESQ. Nevada Bar No. 9061
TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 10559
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
Email: tcrawford@awhlawyers.com
*Attorneys for Plaintiff*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DANYALA MAYDEN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | CASE NO.:  2:20-cv-00880-APG-BNW<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW, Plaintiff, DANYALA MAYDEN, by and though her attorney of record, TYLER M. CRAWFORD, ESQ., of the law firm of ATKINSON WATKINS & HOFFMANN LLP, and hereby file and serve this Notice advising this Court that the above-captioned matter has been settled. The parties anticipate filing a Stipulation and Order for Dismissal in this matter in the very near future.

DATED this _3rd_ day of November, 2021.

**Order**

IT IS ORDERED that a stipulation to dismiss is due by January 14, 2022.

**IT IS SO ORDERED**
**DATED:** 2:49 pm, November 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ATKINSON WATKINS & HOFFMANN, LLP

*/s/ Tyler M. Crawford, Esq.*
TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 10559
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ATKINSON WATKINS & HOFFMANN, LLP and that on the  3rd  day of November, 2021, I caused to be served via CM/ECF electronic filing, a true and correct copy of the document described herein.

**Document Served:** **NOTICE OF SETTLEMENT**

**Person(s) Served:**

Jerry S. Busby, Esq.
Nevada Bar No. 1107
jbusby@cooperlevenson.com
Andre T. Marques, Esq.
Nevada Bar No. 14737
amarques@cooperlevenson.com
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
Fax: (702) 366-1857
*Attorneys for Defendant Smith's Food and*
*Drug Centers, Inc. d/b/a Smith's Food and Drug*

  /s/ Berta Figueroa
An Employee of ATKINSON WATKINS & HOFFMANN, LLP